# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

MGM Resorts International

Plaintiff,

V.

Unknown Registrant of www.imgmcasino.com

Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-01613-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff MGM Resorts International and against Defendant Unknown Registrant of www.imgmcasino.com in the amount of $100,000.00 and post-judgment interest on the principal sum at the judgment rate from the date of entry of this judgment until paid in full.

September 25, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ Patti Smythe

(By) Deputy Clerk